**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ARMAN KOHLI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-02304-JD |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

The Court has been advised that Respondents did not receive the Court's Order to Show Cause [Doc. No. 12]. In that Order, the Court ordered Respondents to show cause within seven (7) days why the Petition should not be granted and why Petitioner should not be provided with a bond hearing or else released. [*Id.*].

The Court *sua sponte* extends the deadline for Respondents to show cause to within seven (7) days of the date of this Order, or by September 22, 2026. This Court directs the Clerk of the Court to send a copy of this Order, the Court's Order to Show Cause [Doc. No. 12] and Petitioner's petition [Doc. No. 1] to Respondents.

IT IS SO ORDERED this 15th day of September 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE